# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

Judge: JOSE L. LINARES                                   Date: 01/13/2015
Court Reporter:   PHYLLIS LEWIS                          Docket No: 2: 14-458-JLL

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.
ANTHONY BLUMBERG
MICHAEL CRAIG MARSHALL

<u>Appearances</u>:
Justin Goodyear, Jason Linder & Patrick M. Pericak, DOJ
Sean P. Casey & Pamela Sawhney, Attorney for Defendant, Michael Craig Marshall
Seth L. Levine, Carolyn Pokorny & Christos G. Papapetrou,  Attorneys for Defendant, Anthony Blumberg

<u>Nature of Proceedings</u>:
Oral argument held re: Joint Motion [36] to Dismiss the Indictment.  Court RESERVED decision.
Scheduling/Status Conference held on the record

                                                    *Lissette Rodriguez*
                                                    Lissette Rodriguez, Courtroom Deputy
                                                    to the Honorable Jose L. Linares, U.S.D.J.

Commenced: 11:00 a.m.
Concluded:   12:20 p.m.