UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:        JOSE L. LINARES                              Date:   04/08/2015
Court Reporter:   PHYLLIS LEWIS                       Docket No: 14-CR-458-JLL-0`

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.
ANHTONY BLUMBERG,

<u>Appearances:</u>
Jason Linder, Patrick M. Pericak & Leslie Schwartz, Attorneys for Govt.
Seth L. Levine, Attorneys for Defendant, Blumberg

<u>Nature of Proceedings</u>:
Defendant Present
Status conference held.
Complex Case Order to be filed
Status Conference set 05/27/15 @1:30 p.m.

Commenced: 3:00 p.m.
Concluded:   3:30 pm.

                                                    *Lissette Rodriguez*, Courtroom Deputy
                                                    to the Honorable Jose L. Linares, U.S.D.J.