# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

July 13, 2015

**BY ECF**

The Honorable Jose L. Linares
United States District Judge
District of New Jersey
50 Walnut Street, Newark, NJ 07101

    **Re:**  **United States v. Blumberg et al.**
       2:14-cr-00458-JLL

Dear Judge Linares:

  We represent Defendant Michael Craig Marshall in the above-captioned matter. We write, with the consent of the Government, to request permission for Mr. Marshall to visit his family in the United Kingdom from August 13, 2015 to August 27, 2015. Should the Court grant permission to travel, we will provide Pretrial Services in advance with Mr. Marshall's itinerary, a copy of his airline ticket, his address in the United Kingdom, and an alternate phone number where he can be reached.

  Please let us know if we can provide any further information.

              Respectfully submitted,

              s/ Sean P. Casey

              Sean P. Casey
              Pamela Sawhney
              +1 212 488 1200

cc:  Patrick Pericak, Esq. and Jason Linder, Esq. (via e-mail)
    Karina Chin, Pretrial Services Officer (via e-mail)